UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAZARENO LARIOS, on behalf of himself and others similarly situated,

                Plaintiff,

-against-

TAMPOPO LLC d/b/a TAMPOPO RAMEN, JOSHUA FRANK, and NANAE MAMEUDA-FRANK,

                Defendants.

19 Civ. 10561 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the initial pretrial conference scheduled for March 17, 2020, shall proceed telephonically. The parties are directed to call chambers at (212) 805-0293 on **March 17, 2020**, at **11:20 a.m.** with both parties on the line.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York

                                  ANALISA TORRES
                             United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/2020