

**MEMO ENDORSED**

WWW.MKCLAWGROUP.COM
LAW OFFICES OF MICHAEL K. CHONG, LLC

| NEW YORK: | FORT LEE: | HOBOKEN: |
|---|---|---|
| 1250 BROADWAY, 36TH FL. STE. 300 | 2 EXECUTIVE DRIVE, STE. 720 | 300 HUDSON STREET. STE. 10 |
| NEW YORK, NEW YORK 10001 | FORT LEE, NEW JERSEY 07024 | HOBOKEN, NEW JERSEY 07024 |
| (212) 726-1104 | (201) 947-5200 | (201) 708-6675 |
| FAX (212) 726-3104 | FAX (201) 708-6676 | FAX (201) 708-6676 |

*\* Please Reply to: FORT LEE*        EMAIL: MKC@MKCLAWGROUP.COM

April 13, 2020

<u>Via ECF; Total Pages: 1</u>
Hon. Ona T. Wang
United States Courthouse
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re: Larios v. Tampopo LLC et al
      Docket No.: 1:19-cv-10561-OTW

Dear Judge Wang:

 This office represents Defendants in the above referenced matter. We write jointly with Plaintiff in this letter request. The parties respectfully request an extension of the deadline to submit settlement documents of one week. The current deadline is April 13, 2020. This is the first request of its kind.

 The reason for this request is to allow the parties to finalize the terms of the settlement agreement. The parties are still in agreement on the substantive terms, but require the additional time to finalize and have the agreement executed by the parties.

 Thank you for your consideration and kind courtesies in addressing this matter.

Respectfully submitted,

*Yolanda Rivero*

Yolanda Rivero, Esq.

**Application Granted.**
Parties are directed to review *Mei Xing Yu v. Hasaki Restaurant, Inc.*, 944 F.3d 395 (2d Cir. 2019) and consider whether a *Cheeks* application is necessary here.
**SO ORDERED.**

_____        1
Ona T. Wang    4/14/2020
U.S. Magistrate Judge